# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 4, 2001

Before

Hon. HARLINGTON WOOD, JR., Circuit Judge

Hon. KENNETH F. RIPPLE, Circuit Judge

Hon. ILANA DIAMOND ROVNER, Circuit Judge

| | |
|---|---|
| No. 99-4292 | Appeal from the United States District Court for the Central District of Illinois. |
| JOHN C. BLEAVINS, | |
| Plaintiff-Appellee, | |
| | No. 98-1236 |
| v. | |
| | Michael M. Mihm, |
| JOEL H. BARTELS, ROGER BAY, and VERNON MCGREGOR, | *Judge.* |
| Defendants-Appellants, | |

## O R D E R

Now pending before this court is a petition for rehearing and a petition for rehearing en banc filed by defendants-appellants on March 29, 2001. An answer was requested and filed by plaintiff-appellee on April 12, 2001. On consideration of the petition, a majority of the judges on the original panel have voted to grant a rehearing. The petition for rehearing is, therefore, GRANTED, and this court's opinion of March 15, 2001 is withdrawn. The petition for rehearing en banc is DENIED.

On rehearing, the parties are requested to address these particular issues and additional issues as the parties may see fit:

Was the warrant at issue in this case a valid Fourth Amendment warrant?

Were the trailers that were seized located within the curtilage of plaintiff's house?

The court will accept short supplemental briefs from the parties on these issues. These supplemental briefs, which may be no longer than 25 pages, should be filed within 20 days from the date of the order.

The Attorney General of the United States is respectfully invited to submit an amicus brief addressing the federal constitutional issues as the Attorney General may see fit.